APPEAL NO. 75-119. MAE E. RAMSEY v. RAYMOND BAGGE- STON. Motion of plaintiff to affirm the order granting a new trial is denied. *Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.*, for plaintiff. *Martin M. Zucker*, for defendant.

APPEAL NO. 75-129. RICHARD J. ST. PIERRE et ux. v. HOWARD E. WILKINSON. Motion of plaintiffs to affirm the judgment below pursuant to Rule 16(g) is granted. *Ernest J. Pratt*, for plaintiffs. *Louis J. Perez*, for defendant.

APPEAL NO. 75-130. ROBERT NELSON v. ANTHONY GRILLI, JR. Motion of plaintiff for enlargement of time to December 3, 1975 in which to file his brief is granted. *Hodosh, Spinella, Hodosh & Angelone, Gerard McGovern DeCelles*, for plaintiff. *John G. Carroll*, for defendant.

APPEAL NO. 75-131. WILLIAM B. JASIONOWSKI v. BURRILL- VILLE RACING ASSOCIATION. Motion of plaintiff for a special assignment to the December 1975 calendar is granted. *Paul A. Lietar*, for plaintiff. *John F. Dolan*, for defendant.

APPEAL NO. 75-279. SHAW'S GARAGE, INC. v. GIUSEPPE SCOR- PIO. Motion of defendant for an order vacating the Superior Court order dismissing his appeal is assigned to the motion calendar for December 1, 1975 for oral argument. *Higgins, Cavanagh & Cooney, Gerald C. DeMaria*, for plaintiff. *Lovett & Linder, Ltd., Stephen G. Linder, James T. Murphy*, for de- fendant.

APPEAL NO. 75-296. BERTHA D. EVANS, *Individually and on Behalf of John J. Evans, III et al. v.* FRANK LIGUORI *et al.* Motion of plaintiff for extension of time for transmission of the record is granted. The defendants' motion to dismiss plain- tiff's appeal is denied without prejudice. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey*, for plaintiff. *Frank S. Cappuccio*, for defendants.